1  Mark H. Plager, Esq. (SBN 192259)
   mark@plagerschack.com
2  PLAGER SCHACK LLP
   16152 Beach Boulevard, Suite 207
3  Huntington Beach, California 92647
   Tel. (714) 698-0601
4  Fax. (714) 698-0608

5  Attorneys for Plaintiff
   Lyle Okihara

6

7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9                          WESTERN DIVISION

10

11  LYLE OKIHARA, an Individual          )  Civil Action No. 10-CV-03892-CAS-
    corporation,                         )  PJW
12                                        )
                  Plaintiff,              )
13                                        )  **ORDER FOR PERMANENT**
         v.                               )  **INJUNCTION**
14                                        )
    BRAVERT, INC., a California           )
15  corporation, and DOES 1 through 100,  )
                                          )
16                Defendants.             )

17  _____

18

19        Pursuant to the Non-Confidential Settlement and Release Agreement of the

20  parties and the stipulation of Plaintiff Lyle Okihara and Defendant Bravert, Inc.

21  for an order permanently restraining Defendant, Bravert, Inc., Rule 65(b) and (c)

22  of the Federal Rules of Civil Procedure and Section 502 of the United States

23  Copyright Act (17 U.S.C. §502);

24        AND, good cause appearing,

25        IT IS HEREBY ORDERED, that defendant Bravert, Inc., its officers, agents,

26  servants, employees and attorneys, and those persons in active concert or

27  participation with the defendant, are permanently enjoined and restrained from:

28        1.     using plaintiff's copyrighted images, protected by United States

    Copyright Registration No. VA1-706-941, in all forms (physical or digitized) of

1  defendant's marketing and promotional materials, including but not limited to

2  electronic format, magazine advertisements, handbills, flyers and any other forms

3  currently known or known in the future;  and

4        2.        Defendant shall destroy or erase all materials in their possession or

5  control which incorporate the images protected United States Copyright

6  Registration No.  VA1-706-941.

7

8  Dated: October 7 , 2010

9                                                    By: _Christina A. Snyder_____
                                                         Hon. Christina A. Snyder
10                                                       U.S. District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28